**Thomas D. PATRICK, Plaintiff—Appellant,**

v.

**Paul G. ROSENBLATT, et al., Defendants—Appellees.**

No. 02–15421.

D.C. No. CV–01–00330–KJD.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2000.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM**

Thomas D. Patrick appeals pro se the district court's dismissal of his *Bivens* action against Arizona federal district court judges Paul G. Rosenblatt and Susan R. Bolton. The Nevada district court properly dismissed Patrick's complaint for lack of personal jurisdiction over the defendants, *Doe v. American Nat'l Red Cross*, 112 F.3d 1048, 1050–52 (9th Cir.1997), and based upon absolute judicial immunity, *Moore v. Brewster*, 96 F.3d 1240, 1243–44

(9th Cir.1996). We reject Patrick's pending motion as lacking merit.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

